JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MORENO, an individual; CHUCK GARCIA, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF LOS ANGELES; et al.,<br><br>    Defendants. | CASE NO.  CV06-07979 DSF(RCx)<br><br>**JUDGMENT** |

On December 20, 2007, having considered the parties' submissions and argument by counsel for the parties, this Court granted summary judgment as to all claims in favor of Defendants William Bratton, Earl Paysinger, George Gascon, Michael Berkow, Richard Meraz and Horace Frank and against Plaintiffs Ryan Moreno and Chuck Garcia.  The Court also granted partial summary judgment as to the First Cause of Action for Violation of California Government Code § 3303(j) in

favor of Defendant City of Los Angeles and against Plaintiffs Ryan Moreno and Chuck Garcia.

On June 10, 2008, a jury trial commenced in the above-referenced action. After the close of all evidence, argument by the parties and instructions to the jury, on June 19, 2008, the jury returned unanimous verdicts in favor of Defendant City of Los Angeles against Plaintiffs Ryan Moreno and Chuck Garcia on their Second Cause of Action for Violations of the First Amendment and 42 U.S.C. § 1983.

On June 30, 2008, having considered the parties' submissions and argument by counsel for the parties, the Court dismissed with prejudice the Third Cause of Action for Declaratory Relief and the Fourth Cause of Action for Injunctive Relief in favor of Defendant City of Los Angeles and against Plaintiffs Ryan Moreno and Chuck Garcia.

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that Plaintiffs Ryan Moreno and Chuck Garcia shall take nothing on their First Amended Complaint in this action and that judgment is hereby entered in favor of Defendants City of Los Angeles, William Bratton, Earl Paysinger, George Gascon, Michael Berkow, Richard Meraz and Horace Frank.  Further, that Defendants City of Los Angeles, William

1  Bratton, Earl Paysinger, George Gascon, Michael Berkow, Richard Meraz and Horace
2
3  Frank shall recover from Plaintiffs Ryan Moreno and Chuck Garcia costs of suit in the
4  sum of $ _____.
5  DATED: July 1, 2008          _____
6                                              DALE S. FISCHER
7                                      UNITED STATES DISTRICT JUDGE